**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Rolanda Miller

                Plaintiff,

v.                                     Case No.: 1:23−cv−01744
                                          Honorable Steven C. Seeger

Foot Locker Retail, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 20, 2023:

     MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Miller's motion for leave to file first amended complaint (Dckt. No. [16]) is hereby granted. Plaintiff attached the draft amended complaint to the motion. The Court grant Plaintiff leave to file the first amended complaint on the docket by June 23, 2023. The motion to dismiss (Dckt. No. [8]) is hereby denied as moot. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.